**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TREVOR SIMONS,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>     vs.<br><br>**CHALLENGE FINANCIAL SERVICES**, and DOES 1 through 10, inclusive, and each of them,<br><br>Defendants. | Case No. 5:17-cv-01913-JFW-SHK<br><br>**ORDER** |

     IT IS HEREBY ORDERED that pursuant to the Notice of Plaintiff, this matter is dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

                  Dated this 25TH day of September, 2017.

_____
The Honorable John F. Walters